FILED
09/24/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALISON GREEN,<br><br>Defendant. | Case No. 1:26-mj-378 |

CRIMINAL INFORMATION

**Count One**
(Simple Possession)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about May 14, 2025, in Fairfax County, Virginia within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of Virginia, the defendant, ALISON GREEN, did unlawfully knowingly or intentionally possess a controlled substance, to wit Oxycodone and 3,4-Methylenedioxymethylamphetamine ("MDMA"), and did not obtain such controlled substance directly or pursuant to a valid prescription order from a practitioner.

(In violation of Title 21, United States Code, Section 844(a))

**FORFEITURE NOTICE**

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, ALISON GREEN, is hereby notified that if the offense alleged in this Information, the defendant, ALISON GREEN, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), the following: (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and (2) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, ALISON GREEN, is hereby notified that if convicted of any of the violations set forth in this Indictment, the defendant, ALISON GREEN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense

* * * *

If any property subject to forfeiture is unavailable, the United States may seek an order forfeiting substitute assets pursuant to Title 21, U.S. Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with 18 U.S.C. § 924(d)(1); 21 U.S.C. § 853;
28 U.S.C. § 2461(c); and Fed. R. Crim. P. 32.2(a))

Respectfully submitted,

TODD W. BLANCHE
ATTORNEY GENERAL

Date: September 24, 2026

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES
ATTORNEY

s/ Ursula N. Simmons
Ursula N. Simmons
Assistant United States Attorney
April N. Russo
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3706
E-Mail: Ursula.Simmons@usdoj.gov